UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

STEVEN MANDELI,

        Plaintiff,

    -against-

HYUNDAI CAPITAL AMERICA
EXPERIAN INFORMATION SOLUTIONS, INC,
TRANS UNION, LLC
and EQUIFAX INFORMATION SERVICES, LLC,

        Defendants.

-----------------------------------------------------------------x

Case No. 2:25-cv-04619

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AGAINST HYUNDAI CAPITAL AMERICA.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Steven Mandeli and Defendant Hyundai Capital America, hereby stipulate to the Plaintiff's

voluntary dismissal of all claims in their entirety against Defendant **HYUNDAI CAPITAL**

**AMERICA** *only* in the above-captioned matter, with prejudice.


Dated:  May 7, 2026

Kevin Mallon
Mallon Consumer Law Group, PLLC
550 Kinderkamack Road, Suite 117
Oradell, NJ 07649
Tel: (646) 713-1008
Email: kmallon@consumerprotectionfirm.com

Dana Briganti
Hinshaw & Culbertson LLP
800 Third Avenue, 13th Floor,
New York, NY 10022
Tel: (212) 471- 6248
Email: DBriganti@hinshawlaw.com